Case 1:97-cv-00183 Document 29 Filed in TXSD on 06/12/1998 Page 1 of 8

29

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

U. S. COURT OF APPEALS
FILED

No. 98-41325

MAR 2 7 2001

Case No. 98-41325

CHARLES R. FULBRUGE III
CLERK

JUAN ENRIQUE CANTU; MIGUEL ANGEL GONZALEZ-GARCIA; JORGE
ELIGIO GARCIA-TOSCANO; ELEAZAR REGALADO-GUTIERREZ

CAB-97-183

Plaintiffs - Appellees

v.

E M TROMINSKI, District Director, Immigration and
Naturalization Service

United States District Court
Southern District of Texas
FILED

Defendant - Appellant

APR 1 2 2001

Michael N. Milby
Clerk of Court

Case No. 98-41314

MARTIN ROBERTO CHAVEZ-ORTIZ

Petitioner - Appellee

v.

E M TROMINSKI, District Director, Immigration Naturalization
Service; JANET RENO, US Attorney General; U S ATTORNEY

Respondents - Appellants

Case No. 98-41320

TEODORO BARRERA-GARCIA

Petitioner - Appellee

v.

E M TROMINSKI, District Director, Immigration Naturalization
Service; JANET RENO, US Attorney General

Respondents - Appellants

CAbPDF - www.fenko.com

Case No. 98-41321

JOSE DANIEL SOTO-BENAVIDES

Petitioner - Appellee

v.

E M TROMINSKI, District Director, Immigration & Naturalization
Service; JANET RENO; US Attorney General

Respondents - Appellants

----------------------------------------------------------------------

Case No. 98-41322

JULIO ALEJANDRO MUNOZ-TORRES

Petitioner - Appellee

v.

E M TROMINSKI, District Director, Immigration &
Naturalization Service; JANET RENO, US Attorney General

Respondents - Appellants

----------------------------------------------------------------------

Case No. 98-41323

HOMERO MEDRANO-LOPEZ

Petitioner - Appellee

v.

E M TROMINSKI, District Director, Immigration and
Naturalization Service; JANET RENO, US Attorney General

Respondents - Appellants

----------------------------------------------------------------------

Case No. 98-41329

VICTOR HUGO ALANIZ-GONZALEZ

Petitioner - Appellee

v.

E M TROMINSKI, District Director, Immigration and
Naturalization Service; JANET RENO, US Attorney General

Respondents - Appellants

Case No. 98-41333

JOSE ORTIZ-BARROSO

Petitioner - Appellee

v.

E M TROMINSKI, District Director, Immigration and
Naturalization Service; JANET RENO, US Attorney General

Respondents - Appellants

------------------------------------------------------------------------

Case No. 98-41334

JESUS GARZA PACHECO

Petitioner - Appellee

v.

E M TROMINSKI, District Director, Immigration and
Naturalization Service; JANET RENO, US Attorney General

Respondents - Appellants

------------------------------------------------------------------------

Case No. 98-41335

SAMUEL REMIREZ-CONDE

Petitioner - Appellee

v.

E M TROMINSKI, District Director, Immigration and
Naturalization Service; JANET RENO, US Attorney General

Respondents - Appellants

------------------------------------------------------------------------

Case No. 98-41336

JUANA MARIA LERMA-DE GARCIA

Petitioner - Appellee

v.

E M TROMINSKI, District Director, Immigration and
Naturalization Service; JANET RENO, US Attorney General

Respondents - Appellants

CSXPDF - www.texliv.com

Case No. 98-41349

ENRIQUE DEL ANGEL MONTIEL

        Petitioner - Appellee

   v.

E M TROMINSKI, District Director, Immigration and
Naturalization Service; JANET RENO, US Attorney General

        Respondents - Appellants

-----------------------------------------------------------------------

Case No. 98-41351

MARIA ELENA SANCHEZ DE PEREZ

        Petitioner - Appellee

   v.

E M TROMINSKI, District Director, Immigration and
Naturalization Service; U S ATTORNEY; JANET RENO,
US Attorney General

        Respondents - Appellants

-----------------------------------------------------------------------

Case No. 98-41352

ISRAEL TORRES-CARILLO

        Petitioner - Appellee

   v.

E M TROMINSKI, District Director, Immigration and
Naturalization Service; JANET RENO, US Attorney General

        Respondents - Appellants

-----------------------------------------------------------------------

Case No. 98-41353

FRANCISCA ROJAS DE NORIEGA

        Petitioner - Appellee

   v.

E M TROMINSKI, District Director, Immigration and
Naturalization Service; JANET RENO, US Attorney General

        Respondents - Appellants

Case No. 98-41338

LORENZO ANGUIANO-PEREZ

Petitioner - Appellee

v.

E M TROMINSKI, District Director, Immigration and
Naturalization Service; JANET RENO, US Attorney General

Respondents - Appellants

-------------------------------------------------------------------------

Case No. 98-41339

JORGE GUADALUPE ELIZONDO-GARZA

Petitioner - Appellee

v.

E M TROMINSKI, District Director, Immigration and
Naturalization Service; JANET RENO, US Attorney General

Respondents - Appellants

-------------------------------------------------------------------------

Case No. 98-41341

JUAN EMILIO SALAZAR-GONZALEZ

Petitioner - Appellee

v.

E M TROMINSKI, District Director, Immigration and
Naturalization Service; JANET RENO, US Attorney General

Respondents - Appellants

-------------------------------------------------------------------------

Case No. 98-41342

JAMIE CONTRERAS-OLIVARES

Petitioner - Appellee

v.

E M TROMINSKI, District Director, Immigration and
Naturalization Service; JANET RENO, US Attorney General

Respondents - Appellants

Case No. 98-41344

ALMA DELIA SILVIA-RODRIGUEZ

> Petitioner - Appellee

v.

HONORABLE JANET RENO, US Attorney General; E M TROMINSKI,
District Director, Immigration Naturalization Service

> Respondents - Appellants

---

Case No. 98-41346

JUAN RODRIGUEZ CERNA

> Petitioner - Appellee

v.

E M TROMINSKI, District Director, Immigration and
Naturalization Service; HONORABLE JANET RENO, US
Attorney General

> Respondents - Appellants

---

Case No. 98-41347

MOISES JIMENEZ-OROSCO

> Petitioner - Appellee

v.

HONORABLE JANET RENO, US Attorney General; E M TROMINSKI,
District Director, Immigration Naturalization Service

> Respondents - Appellants

---

Case No. 98-41348

HORACIO GARZA BARRERA

> Petitioner - Appellee

v.

E M TROMINSKI, District Director, Immigration and
Naturalization Service; JANET RENO, US Attorney General

> Respondents - Appellants

Case No. 98-41354

MARIA GUADALUPE RAMIREZ-MORALES

Petitioner - Appellee

v.

HONORABLE JANET RENO, US Attorney General; E M TROMINSKI,
District Director, Immigration and Naturalization Service

Respondents - Appellants

---------------------------------------------------------------------------

Case No. 98-41355

JOSE ANTONIO HINOJOSA-ALANIZ

Petitioner - Appellee

v.

IMMIGRATION AND NATURALIZATION SERVICE

Respondent - Appellant

---------------------------------------------------------------------------

Case No. 98-41359

JOSE LUIS HERNANDEZ-RIVERA

Petitioner - Appellee

v.

E M TROMINSKI, District Director, Immigration and
Naturalization Service; JANET RENO, US Attorney General

Respondents - Appellants

---------------------------------------------------------------------------

Case No. 98-41360

APOLINAR TORRES-ESPINO

Petitioner - Appellee

v.

E M TROMINSKI, District Director, Immigration and
Naturalization Service; JANET RENO, US Attorney General

Respondents - Appellants

Case No. 98-41361

CLEODELMIRO PENA-MEDINA

                    Petitioner - Appellee

    v.

E M TROMINSKI, District Director, Immigration and
Naturalization Service; JANET RENO, US Attorney General

                    Respondents - Appellants

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Case No. 98-41362

RODRIGO AGUILAR-VASQUEZ

                    Petitioner - Appellee

    v.

E M TROMINSKI, District Director, Immigration and
Naturalization Service; JANET RENO, US Attorney General

                    Respondents - Appellants

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Case No. 98-41363

JOSE ANASTACIO GARCIA-MENDEZ

                    Petitioner - Appellee

    v.

E M TROMINSKI, District Director, Immigration and
Naturalization Service; JANET RENO, US Attorney General

                    Respondents - Appellants

                    - - - - - - - - - - - - - - - - - - -
            Appeals from the United States District Court for the
                 Southern District of Texas, Brownsville
                    - - - - - - - - - - - - - - - - - - -

Before DAVIS, SMITH and DENNIS, Circuit Judges.

BY THE COURT:

        IT IS ORDERED that the unopposed motion of appellants to

dismiss all consolidated appeals, with the exception of 98-41336,

Lerma De Garcia vs. Trominski, and 98-41346, Rodriguez-Cerna vs.

Trominski is *Granted* _

CAB-97-259- Pending
CAB-97-150 —Pending

A true copy
    Test
Clerk, U. S. Court of Appeals, Fifth Circuit
By _____
                    Deputy
New Orleans, Louisiana          MAR 3 0 2001