37

United States District Court
Southern District of Texas
FILED

AUG 26 1998

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

JUAN ENRIQUE CANTU-SALINAS, et al
    Petitioners

v.

E.M. TROMINSKI,
    Respondent.

No. CA B-97-183

**O R D E R**

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After *de novo* review of the entire file, it is the opinion of this Court that said Report and Recommendation should be adopted.

It is therefore ORDERED, ADJUDGED, and DECREED that the Magistrate Judge's Report and Recommendation be adopted in its entirety, that the Government's motion to dismiss be denied, that the instant Petition be granted, that the decision of the Board of Immigration Appeals of August 15, 1997 be vacated, and that the case be remanded to the BIA for further proceedings, consistent herewith.

DONE at Brownsville, Texas, this <u>26th</u> day of <u>August</u>, 1998.

Filemon B. Vela
United States District Judge

