IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

---

No. 98-41325

---

Case No. 98-41325

JUAN ENRIQUE CANTU; MIGUEL ANGEL GONZALEZ-GARCIA; JORGE ELIGIO GARCIA-TOSCANO; ELEAZAR REGALADO-GUTIERREZ

    Plaintiffs - Appellees

v.

E M TROMINSKI, District Director, Immigration and Naturalization Service

    Defendant - Appellant

------------------------------------------------

Case No. 98-41314

MARTIN ROBERTO CHAVEZ-ORTIZ

    Petitioner - Appellee

v.

E M TROMINSKI, District Director, Immigration Naturalization Service; JANET RENO, US Attorney General; U S ATTORNEY

    Respondents - Appellants

------------------------------------------------

Case No. 98-41320

TEODORO BARRERA-GARCIA

    Petitioner - Appellee

v.

E M TROMINSKI, District Director, Immigration Naturalization Service; JANET RENO, US Attorney General

    Respondents - Appellants

------------------------------------------------

U.S. COURT OF APPEALS
FILED
MAR 27 2001
CHARLES R. FULBRUGE III
CLERK

United States District Court
Southern District of Texas
FILED
APR 1 2 2001
Michael N. Milby
Clerk of Court

CAB-97-183
41

Case No. 98-41321

JOSE DANIEL SOTO-BENAVIDES

    Petitioner - Appellee

  v.

E M TROMINSKI, District Director, Immigration & Naturalization Service; JANET RENO; US Attorney General

    Respondents - Appellants

---

Case No. 98-41322

JULIO ALEJANDRO MUNOZ-TORRES

    Petitioner - Appellee

  v.

E M TROMINSKI, District Director, Immigration & Naturalization Service; JANET RENO, US Attorney General

    Respondents - Appellants

---

Case No. 98-41323

HOMERO MEDRANO-LOPEZ

    Petitioner - Appellee

  v.

E M TROMINSKI, District Director, Immigration and Naturalization Service; JANET RENO, US Attorney General

    Respondents - Appellants

---

Case No. 98-41329

VICTOR HUGO ALANIZ-GONZALEZ

    Petitioner - Appellee

  v.

E M TROMINSKI, District Director, Immigration and Naturalization Service; JANET RENO, US Attorney General

    Respondents - Appellants

Case No. 98-41333

JOSE ORTIZ-BARROSO

    Petitioner - Appellee

 v.

E M TROMINSKI, District Director, Immigration and
Naturalization Service; JANET RENO, US Attorney General

    Respondents - Appellants

--------------------------------------------------------

Case No. 98-41334

JESUS GARZA PACHECO

    Petitioner - Appellee

 v.

E M TROMINSKI, District Director, Immigration and
Naturalization Service; JANET RENO, US Attorney General

    Respondents - Appellants

--------------------------------------------------------

Case No. 98-41335

SAMUEL REMIREZ-CONDE

    Petitioner - Appellee

 v.

E M TROMINSKI, District Director, Immigration and
Naturalization Service; JANET RENO, US Attorney General

    Respondents - Appellants

--------------------------------------------------------

Case No. 98-41336

JUANA MARIA LERMA-DE GARCIA

    Petitioner - Appellee

 v.

E M TROMINSKI, District Director, Immigration and
Naturalization Service; JANET RENO, US Attorney General

    Respondents - Appellants

Case No. 98-41349

ENRIQUE DEL ANGEL MONTIEL

        Petitioner - Appellee

  v.

E M TROMINSKI, District Director, Immigration and
Naturalization Service; JANET RENO, US Attorney General

        Respondents - Appellants

---

Case No. 98-41351

MARIA ELENA SANCHEZ DE PEREZ

        Petitioner - Appellee

  v.

E M TROMINSKI, District Director, Immigration and
Naturalization Service; U S ATTORNEY; JANET RENO,
US Attorney General

        Respondents - Appellants

---

Case No. 98-41352

ISRAEL TORRES-CARILLO

        Petitioner - Appellee

  v.

E M TROMINSKI, District Director, Immigration and
Naturalization Service; JANET RENO, US Attorney General

        Respondents - Appellants

---

Case No. 98-41353

FRANCISCA ROJAS DE NORIEGA

        Petitioner - Appellee

  v.

E M TROMINSKI, District Director, Immigration and
Naturalization Service; JANET RENO, US Attorney General

        Respondents - Appellants

Case No. 98-41338

LORENZO ANGUIANO-PEREZ

       Petitioner - Appellee

  v.

E M TROMINSKI, District Director, Immigration and Naturalization Service; JANET RENO, US Attorney General

       Respondents - Appellants

---

Case No. 98-41339

JORGE GUADALUPE ELIZONDO-GARZA

       Petitioner - Appellee

  v.

E M TROMINSKI, District Director, Immigration and Naturalization Service; JANET RENO, US Attorney General

       Respondents - Appellants

---

Case No. 98-41341

JUAN EMILIO SALAZAR-GONZALEZ

       Petitioner - Appellee

  v.

E M TROMINSKI, District Director, Immigration and Naturalization Service; JANET RENO, US Attorney General

       Respondents - Appellants

---

Case No. 98-41342

JAMIE CONTRERAS-OLIVARES

       Petitioner - Appellee

  v.

E M TROMINSKI, District Director, Immigration and Naturalization Service; JANET RENO, US Attorney General

       Respondents - Appellants

Case No. 98-41344

ALMA DELIA SILVIA-RODRIGUEZ

        Petitioner - Appellee

   v.

HONORABLE JANET RENO, US Attorney General; E M TROMINSKI, District Director, Immigration Naturalization Service

        Respondents - Appellants

---

Case No. 98-41346

JUAN RODRIGUEZ CERNA

        Petitioner - Appellee

   v.

E M TROMINSKI, District Director, Immigration and Naturalization Service; HONORABLE JANET RENO, US Attorney General

        Respondents - Appellants

---

Case No. 98-41347

MOISES JIMENEZ-OROSCO

        Petitioner - Appellee

   v.

HONORABLE JANET RENO, US Attorney General; E M TROMINSKI, District Director, Immigration Naturalization Service

        Respondents - Appellants

---

Case No. 98-41348

HORACIO GARZA BARRERA

        Petitioner - Appellee

   v.

E M TROMINSKI, District Director, Immigration and Naturalization Service; JANET RENO, US Attorney General

        Respondents - Appellants

Case No. 98-41354

MARIA GUADALUPE RAMIREZ-MORALES

       Petitioner - Appellee

  v.

HONORABLE JANET RENO, US Attorney General; E M TROMINSKI, District Director, Immigration and Naturalization Service

       Respondents - Appellants

--------------------------------------------------------------

Case No. 98-41355

JOSE ANTONIO HINOJOSA-ALANIZ

       Petitioner - Appellee

  v.

IMMIGRATION AND NATURALIZATION SERVICE

       Respondent - Appellant

--------------------------------------------------------------

Case No. 98-41359

JOSE LUIS HERNANDEZ-RIVERA

       Petitioner - Appellee

  v.

E M TROMINSKI, District Director, Immigration and Naturalization Service; JANET RENO, US Attorney General

       Respondents - Appellants

--------------------------------------------------------------

Case No. 98-41360

APOLINAR TORRES-ESPINO

       Petitioner - Appellee

  v.

E M TROMINSKI, District Director, Immigration and Naturalization Service; JANET RENO, US Attorney General

       Respondents - Appellants

ClibPDF - www.fastio.com

Case No. 98-41361

CLEODELMIRO PENA-MEDINA

   Petitioner - Appellee

 v.

E M TROMINSKI, District Director, Immigration and
Naturalization Service; JANET RENO, US Attorney General

   Respondents - Appellants

---

Case No. 98-41362

RODRIGO AGUILAR-VASQUEZ

   Petitioner - Appellee

 v.

E M TROMINSKI, District Director, Immigration and
Naturalization Service; JANET RENO, US Attorney General

   Respondents - Appellants

---

Case No. 98-41363

JOSE ANASTACIO GARCIA-MENDEZ

   Petitioner - Appellee

 v.

E M TROMINSKI, District Director, Immigration and
Naturalization Service; JANET RENO, US Attorney General

   Respondents - Appellants

---

Appeals from the United States District Court for the
Southern District of Texas, Brownsville

---

Before DAVIS, SMITH and DENNIS, Circuit Judges.

BY THE COURT:

  IT IS ORDERED that the unopposed motion of appellants to dismiss all consolidated appeals, with the exception of 98-41336, Lerma De Garcia vs. Trominski, and 98-41346, Rodriguez-Cerna vs. Trominski is [Granted].

CAB-97-259 Pending
CAB-97-150 Pending

A true copy
Test
Clerk, U.S. Court of Appeals, Fifth Circuit
By _____ Deputy
New Orleans, Louisiana
MAR 30 2001